# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  RICHARD P. TODD & TRUDIE L. TODD          Case Number: 07-72965
773 WALNUT LANE                          SSN-xxx-xx-1479 & xxx-xx-0269
MARENGO, IL  60152

Case filed on:          12/5/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FOX VALLEY ORTHOPEADIC INSTITUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RICHARD P. TODD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BENEFICIAL ILLINOIS INC | 666.41 | 652.51 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 174,832.46 | 0.00 | 0.00 | 0.00 |
| 003 | FIRST NATIONAL BANK OF MARENGO | 2,647.00 | 2,647.00 | 0.00 | 0.00 |
| 005 | SPECIALIZED LOAN SERVICING | 5,754.16 | 5,754.16 | 0.00 | 0.00 |
| | Total Secured | 183,900.03 | 9,053.67 | 0.00 | 0.00 |
| 001 | BENEFICIAL ILLINOIS INC | 0.00 | 13.90 | 0.00 | 0.00 |
| 006 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,810.06 | 1,810.06 | 0.00 | 0.00 |
| 009 | CENTEGRA MEMORIAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COSPORT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DR. DEAN CHEMIAK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MORAINE ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PERRYVILLE SURGICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SAINT ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | UNIVERSITY OF WISCONSIN HCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DELL FINANCIAL SERVICES LP | 1,743.96 | 1,743.96 | 0.00 | 0.00 |
| | Total Unsecured | 3,554.02 | 3,567.92 | 0.00 | 0.00 |
| | Grand Total: | 187,454.05 | 12,621.59 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan